

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

JOSHUA LEWEY;

                              **Plaintiff,**

V.

JULIE ADAMS; SHELLY ZIMMERMAN;

                              **Defendant.**

Civil Action No.  16CV0263-JLS (JMA)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court dismisses this civil action in its entirety without further leave to amend based on Plaintiff's failure to state a claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), and his failure to prosecute pursuant to Fed. R. Civ. P. 41(b) in compliance with the Court's May 9, 2016 and July 21, 2016 Orders.

Date:    11/8/16

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ K. Martin-Brown

                                    K. Martin-Brown, Deputy